a prisoner who has been reincarcerated for parole violation must be credited with good time he earned prior to his parole. Rather, the majority of courts follow the general rule that a prisoner is entitled only to the good time credits earned during his parole violator term, as any good time credit earned during his regular term is forfeited upon revocation of his parole. *Bentsen v. Ralston,* 658 F.2d 639, 640 (8th Cir.1981) (*per curiam*); *U.S. ex rel Del Genio v. U.S. Bureau of Prisons,* 644 F.2d 585, 589 (7th Cir.1980), *cert. denied,* 449 U.S. 1084, 101 S.Ct. 870, 66 L.Ed.2d 808 (1981); *Wilkerson v. U.S. Board of Parole,* 606 F.2d 750, 751 (7th Cir.1979) (*per curiam*). Once a prisoner's release is revoked because of his violation of parole conditions, the Parole Commission has the authority to forfeit good time credits. *Lambert v. Warden, U.S. Penitentiary,* 591 F.2d 4, 8 (5th Cir.1979) (*per curiam*).

Accordingly, it is ORDERED that the judgment of the district court is affirmed. Sixth Circuit Rule 9(d)(3).

---

Before WILLIAM J. BAUER, Chief Judge, CUMMINGS, WOOD, CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, and MANION, Circuit Judges, and SWYGERT,* Senior Circuit Judge.**

### ORDER

On April 6, 1987, this Court ordered that the panel opinion reported at 807 F.2d 1339 (1986) be vacated and that the case be reheard *en banc.* After rehearing this case *en banc,* this Court, by an equally divided vote, affirms the judgment of the district court, 619 F.Supp. 792, granting the plaintiffs' request for a temporary injunction. The case is returned to the district court for any further proceedings deemed necessary.

---

**Sandra C. SCHULTZ and Robert C. Braun, Plaintiffs-Appellees,**

v.

**Russell FRISBY, George R. Hunt, Robert Wargowski, Harlan Ross, Clayton A. Cramer, and the Town of Brookfield, Defendants-Appellants.**

No. 85–2950.

United States Court of Appeals, Seventh Circuit.

April 30, 1987.

---

**Joyce D. WRIGHT and Donna Smith, Co-Administrators of the Estate of George E. Smith, Jr., Plaintiffs-Appellants,**

v.

**OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, and United States Department of Labor, an agency of the United States of America, Defendants-Appellees.**

No. 86–2208.

United States Court of Appeals, Seventh Circuit.

Argued Jan. 12, 1987.

Decided June 1, 1987.

---

* The Honorable Luther M. Swygert, Senior Circuit Judge, heard the arguments as a member of the original panel. He listened to the tapes of the *en banc* argument and voted afterward.

** The Honorable Kenneth F. Ripple, Circuit Judge, did not participate at all in this appeal.